IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:98-cr-00038-21 |
| v. | ) | |
| | ) | Judge Nixon |
| RICHARD KEESEE | ) | |

## ORDER

Pending before the Court is Defendant Richard Keesee's Motion to Return to Custody of the Bureau of Prisons ("Motion"), requesting the Court remit Keesee to the custody of the Bureau of Prisons ("BOP") for return to prison in California. (Doc. No. 3874.) On September 6, 2011, Keesee filed a pro se petition to reduce his sentence under the amended United States Sentencing Commission Guidelines. (Doc. No. 3764.) On April 30, 2012, the Court held a hearing on the petition, which remains pending. Though he was serving his sentence at FCI Lompoc in California, Keesee was brought locally to the Grayson County Detention Center for the April 2012 hearing, and has remained there since. (Doc. No. 3874 at 1–3.) According to Keesee, his quality of life has worsened during this time for several reasons: his eyeglasses were broken, and the facility refuses to replace them; the facility will not serve him vegetarian meals; he cannot gain credit for educational programs; and his family lives prohibitively far away. (*Id.* at 3.) He requests the Court return him to BOP custody and that it recommend designation to FCI Terminal Island or FCI Lompoc. (*Id.*) He asserts that he is willing to waive further appearances in his resentencing matter before the Court, and that the Government does not oppose the Motion. (*Id.* at 3–4.)

1

Accordingly, the Court **GRANTS** the Motion and **DIRECTS** the United States Marshals to return Keesee to BOP custody. Further, the Court **RECOMMENDS** designation to FCI Terminal Island or, as a second option, FCI Lompoc.

It is so ORDERED.

Entered this the 13th day of June, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT